IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          CASE NO. 12-CR-40027-001

DARREN MCENTRY-DELL DUNBAR                                            DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss Indictment filed by the United States of America. (ECF No. 22). Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves to dismiss without prejudice the Indictment filed in this matter. Accordingly, the Court finds that the Indictment in this matter should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge